FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARLA K. DEHLIN,<br><br>                Plaintiff,<br><br>v.<br><br>FERRY COUNTY, FERRY COUNTY SHERIFF'S DEPARTMENT, PETE WARNER, PATRICK RAINER, TALON VENTURO, DEPUTIES JOHN DOE(S) and JILL GATES,<br><br>                Defendants. | No.   2:15-CV-00343-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 29, 2017, the Defendants filed a Settlement Status Report, ECF No. 14. The settlement has been disbursed to Plaintiff by Defendants and Plaintiff has executed the full and final release. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **2.**    All pending motions are **DENIED AS MOOT.**

    **3.**    All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2